THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES YOUNG.

CHARLES RIEGER and ELIZABETH RIEGER, Appellants.

*People* v. *Young*, 92 Hun, 373, appeal dismissed.
(Argued December 14, 1896; decided January 19, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fifth judicial department, entered January 2, 1896, which affirmed an order of the Court of Sessions of Monroe county denying in part an application for a remission of the forfeiture of a bond executed by appellants as sureties for the appearance of a defendant in criminal proceedings.

*Abraham Benedict* for appellants.

*Fred C. Hanford* for respondent.

Appeal dismissed, with costs, on the ground that the order was discretionary, upon the opinion of the court below.
All concur.

---

In the Matter of the Application of MARY JANE O'HARE et al., Appellants.

*Matter of O'Hare*, 5 App. Div. 622, affirmed.
(Argued December 14, 1896; decided January 19, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1896, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the comptroller of the city of New York to pay to the appellants the amount of an award made to them for lands taken for the opening of Audubon avenue.

*James A. Deering* for appellants.

*Francis M. Scott* for the comptroller, respondent.

Order affirmed, with costs; no opinion.
All concur.